IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:07-HC-2123-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GRADY EWING MAYS | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown, the Motion to Provide BOP Records to the U.S. Probation Office is Granted.

SO ORDERED this 24 day of August, 2012.

Terrence W. Boyle
UNITED STATES DISTRICT JUDGE